UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.

DAWN GOEBEL,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Dawn Goebel, hereby sues Defendant, Liberty Life Assurance Company of Boston ("Liberty Life") and alleges as follows:

### JURISDICTION

1.    This is an action which arises under the laws of the United States, particularly under the Employee Retirement Income Security Act of 1974, pursuant to a claim for benefits under a long-term disability plan.

2.    Plaintiff is a resident of Palm Beach County, Florida. Venue is appropriate in the Southern District of Florida, West Palm Beach Division.

3.    Defendant, Liberty Life, is an insurance company doing business in Palm Beach County, Florida.

### COUNT I - CLAIM FOR BENEFITS

4.    Plaintiff reincorporates paragraphs 1-3 above as if fully set forth herein.

1

5. Plaintiff participated in a group disability plan through her employer. Attached hereto as Exhibit "1" is a true and correct copy of the Long-Term Disability Plan (the "Plan").

6. Under the Plan, Liberty is both the administrator of benefits and the insurer, placing it in a conflict of interest position as to Mrs. Goebel.

7. Pursuant to the terms of the Plan, Plaintiff is entitled to Long Term Disability benefits, as she qualifies for such benefits under the Plan.

8. Defendant, Liberty Life, after considering Mrs. Goebel's administrative appeal, has failed and refused to pay Long Term Disability benefits.

9. Plaintiff has complied with all conditions precedent to recovery under the Plan, including the exhaustion of administrative remedies.

10. Plaintiff has retained undersigned counsel and agreed to pay a reasonable fee to counsel, for which Liberty should be liable as a result of its denial of Plaintiff's claim.

**WHEREFORE**, Plaintiff, respectfully demands that she be awarded Long Term Disability benefits, attorney's fees and costs, and such further relief as this Court deems appropriate.

> GREGORY L. DENES, P.A.
> Attorney for Plaintiff
> 300 Mercury Road
> Juno Beach, Florida  33408
> Tel (561) 694-9199
> Fax (561) 694-2993
> greg@deneslaw.com
>
> By: ___s/Gregory Denes_____
> Gregory L. Denes
> Fla. Bar No. 828416